UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMY D. DONALD,

       Plaintiff,                    Case No. 5:16-cv-11303
                                        Judge Judith E. Levy
v.                                       Magistrate Judge Anthony P. Patti

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER GRANTING IN PART and DENYING IN PART PLAINTIFF'S APPLICATION FOR WAIVER OF LOCAL COUNSEL (DE 7)

      Plaintiff has filed a motion requesting leave to proceed in this matter without local counsel as provided for in E.D. Mich. LR 83.20(f); alternatively, Plaintiff seeks an extension of time within which to obtain local counsel. Upon consideration, Plaintiff's motion (DE 7) is GRANTED IN PART and DENIED IN PART. Plaintiff may not proceed without local counsel. However, she may have until April 27, 2016 by which to obtain local counsel.

      **IT IS SO ORDERED.**

Dated: April 22, 2016                  s/Anthony P. Patti
                                                 Anthony P. Patti
                                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing documents was sent to parties of record on April 22, 2016, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Athony P. Patti
