# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JIMMY D. DONALD,

                Plaintiff,        Case No. 5:16-cv-11303

v.                           Judith E. Levy
                              United States District Judge

COMMISIONER OF SOCIAL
SECURITY,                   Mag. Judge Anthony P. Patti

                Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE ANTHONY P. PATTI'S REPORT AND RECOMMENDATION [28] ON THE <u>CROSS-MOTIONS FOR SUMMARY JUDGMENT [22, 25]</u>

This is a Social Security appeal. Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation (Dkt. 28) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 22) and grant defendant's motion for summary judgment (Dkt. 25), issued July 21, 2017. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has

nevertheless thoroughly reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 28) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 22) is DENIED;

Defendant's motion for summary judgment (Dkt. 25) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: September 29, 2017          s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                  United States District Judge

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2017.

s/Shawna Burns
SHAWNA BURNS
Case Manager